IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*Jan 18, 2012*
GREGORY C. LANGHAM, CLERK

Civil Action No.   12-cv-00129

BRIAN DEMAESTRI,
    Plaintiff.

-v-

ASSET ACCEPTANCE CAPITAL CORP.,
    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 8 2012

GREGORY C. LANGHAM
CLERK

### VERIFIED COMPLAINT FOR VIOLATIONS OF THE FCRA AND FDCPA

Plaintiff, Brian DeMaestri, hereby sues Defendant, ASSET ACCEPTANCE CAPITAL

CORP., and alleges:

### PRELIMINARY STATEMENT

1. This is an action for damages brought for damages for violations of the Fair Credit

Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.* and violations of the Fair Debt Collection

Practices Act (FDCPA) 15 U.S.C. §1692 *et seq.*

### PARTIES

2. Plaintiff, Brian DeMaestri, is a natural person and is a resident of the State of Colorado

presently residing at 9901 E. Evans Ave. #23D Denver, CO 80247

3. Defendant, ASSET ACCEPTANCE CAPITAL CORP., is a Delaware Corporation,

authorized to do business in Colorado and is located at the following address: 28405 Van Dyke

Ave. Warren, MI 48090.

### JURISDICTION AND VENUE

4. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

5. Venue is proper in this Circuit pursuant to 28 U.S.C. §1391b.

6. This is an action for damages which do not exceed $5,000.00.

7. All conditions precedent to the bringing of this action have been performed, waived or excused.

## GENERAL ALLEGATIONS

8. Plaintiff obtained his consumer reports from the three major credit reporting agencies and found entries by entities he was unfamiliar with in the reports.

9. Plaintiff determined that his consumer reports had been obtained on various occasions by various entities he did not recognize and without his consent.

10. Plaintiff found after examination of his Trans Union consumer report that on November 1, 2010, ASSET ACCEPTANCE CAPITAL CORP. obtained Plaintiff's consumer report from Trans Union (See, Exhibit A).

11. Plaintiff found after examination of his Trans Union consumer report that on June 17, 2011, ASSET ACCEPTANCE CAPITAL CORP. obtained Plaintiff's consumer report from Trans Union (See, Exhibit A).

12. The FCRA, 15 U.S.C § 1681b defines the permissible purposes for which a person may obtain a consumer report.

13. Such permissible purposes as defined by 15 U.S.C § 1681b are generally, for the review or collection of an "account", if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bona-fide offer of credit as a result of the inquiry.

14. The FCRA, 15 U.S.C. § 1681a(r)(4) defines what the term "account" means as follows:

There terms "account" and "electronic fund transfer" have the same meanings as in section 903 of the Electronic Fund Transfer Act.

15. Section 903 Definitions of the Electronic Fund Transfer Act, defines the term "account" as follows:

the term "account" means a demand deposit, savings deposit, or other asset account (other than an occasional or incidental credit balance in an open end credit plan as defined in section 103(i) of this Act), as described in regulations of the Board, established primarily for personal, family, or household purposes, but such term does not include an account held by a financial institution pursuant to a bona fide trust agreement.

16. Defendant obtained Plaintiffs consumer report in an attempt to collect an alleged debt.

17. Plaintiff has never had any business dealings, debts or any accounts with, made application for credit from, made application for employment with, applied for insurance from, or received a bona-fide offer of credit from Defendant ASSET ACCEPTANCE CAPITAL CORP.

18. At no time did Plaintiff ever give his consent for Defendant ASSET ACCEPTANCE CAPITAL CORP. to obtain his consumer report from any credit reporting agency.

19. On November 1, 2011, ASSET ACCEPTANCE CAPITAL CORP. obtained Plaintiff's consumer report from Trans Union with no permissible purpose in violation of 15 U.S.C § 1681b.

20. On June 17, 2011, ASSET ACCEPTANCE CAPITAL CORP. obtained Plaintiff's consumer report from Trans Union with no permissible purpose in violation of 15 U.S.C § 1681b.

## COUNT I
### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
### WILLFUL NON-COMPLIANCE BY DEFENDANT ASSET ACCEPTANCE CAPITAL CORP.

21.  Paragraphs 1 through 20 are realleged as though fully set forth herein.

22.  Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

23.  ASSET ACCEPTANCE CAPITAL CORP. is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

24.  ASSET ACCEPTANCE CAPITAL CORP. willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a)  ASSET ACCEPTANCE CAPITAL CORP. willfully violated 15 U.S.C. §1681b(f) by

obtaining Plaintiff's consumer report on two (2) occasions without a permissible

purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against ASSET ACCEPTANCE CAPITAL CORP. for statutory damages of $2000 and attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II
### VIOLATION OF FAIR DEBT COLLECTION
### PRACTICES ACT (FDCPA), 15 U.S.C. §1692
### BY DEFENDANT ASSET ACCEPTANCE CAPITAL CORP.

25. Paragraphs 1 through 20 are realleged as though fully set forth herein..

26. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3).

27.  ASSET ACCEPTANCE CAPITAL CORP. is a debt collector within the meaning of the FDCPA 15 U.S.C. §1692a(6).

28.  ASSET ACCEPTANCE CAPITAL CORP. violated the FDCPA. Defendants' violations include, but are not limited to, the following:

(a)  ASSET ACCEPTANCE CAPITAL CORP. violated 15 U.S.C. §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

(b)  ASSET ACCEPTANCE CAPITAL CORP. violated 15 U.S.C. §1692f(1) by the use of unfair or unconscionable means to collect or attempt to collect any debt.

WHEREFORE, Plaintiff demands judgment for damages against ASSET ACCEPTANCE CAPITAL CORP. for statutory damages in the amount of $1000 and attorney's fees and costs, pursuant to 15 U.S.C. §1692k.

## REQUEST FOR RELIEF

Plaintiff respectfully requests the following relief:

a. Statutory damages in the amount of $3,000.
b. All costs of court, filing fees, document preparation fees and the like.
c. Any further relief which the court may deem appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: January 17, 2012

Respectfully submitted,

Brian DeMaestri, Pro Se

## VERIFICATION

The undersigned, for himself declares:

I am the Plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. With respect to the causes of action alleged by me, the same is true by my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 1/17/12

:Brian-Daniel; DeMaestri:

"Exhibit A"

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.





## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law)





**ASSET ACCEPTANCE**
28405 VAN DYKE
WARREN, MI 48090
Phone number not available
**Requested On:** 06/17/2011

**ASSET ACCEPTANCE**
POB 1630
WARREN, MI 48090
(800) 614-4730
**Requested On:** 11/19/2010, 11/19/2010, 11/0:/2010

### -End of Credit Report-

## Should you wish to contact TransUnion, you may do so,

**Online:**
To learn about reporting an inaccuracy click here.
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

## For all correspondence, please have your TransUnion file number available (located at the top of this report).

## Consumer Rights

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A, 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the

Attorney: Willoughby Law Firm                    Date Contacted: 1/11/12

Street Address: 303 E 17th Ave # 810

City: Denver                                     State: CO

Zip Code: 80227                                  Telephone: (303) 839-1770


Attorney: The Eichner Law Firm                   Date Contacted: 1/11/12

Street Address: 3773 Cherry Creek Drive North

City: Denver                                     State: CO

Zip Code: 80209                                  Telephone: (303) 837-9800


Date: ____1/17/12____          _____
                                         Plaintiffs Original Signature

Subscribed and sworn to before me this 17th day of January 2012.

                               _____
                                         (Notary Public)

                               ___7800 E Hampden Ave Denver CO 80231___
                                         (Address)

My Commission Expires: __5/18/2014_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## FACSIMILE COVER SHEET

1. Date of Transmission:

    1/18/12

2. Name of *pro se* party making the transmission:

    BRIAN DEMAESTRI,

    Facsimile number: 720-535-6656 (call first)   Telephone number: 720-535-6656

3. Case number, caption and title of pleading or paper:

    BRIAN DEMAESTRI v. ASSET ACCEPTANCE CAPITAL CORP.,

    VERIFIED COMPLAINT FOR VIOLATIONS OF THE FCRA AND FDCPA.

4. Number of pages being transmitted, including facsimile cover sheet: 7

    Instructions: Filing Complaint