IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00129-BNB

BRIAN DEMAESTRI,

    Plaintiff,

v.

ASSET ACCEPTANCE CAPITAL CORP.,

    Defendant.

---

ORDER ASSIGNING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.1D.  Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge William J. Martinez and to Magistrate Judge Michael J. Watanabe.  Accordingly, it is

ORDERED that this case shall be assigned to Judge William J. Martinez pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Michael J. Watanabe.

DATED February 1, 2012, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge