**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-000015-WJM-MJW

(Consolidated with Civil Action Nos. 12-cv-000016, 12-cv-000017, 12-cv-000018 and 12-cv-000129)

BRIAN DEMAESTRI

    Plaintiff,

v.

STA INTERNATIONAL,

    Defendant,

v.

ENHANCED RECOVERY COMPANY, LLC,
MERCHANTS CREDIT GUIDE COMPANY,
PINNACLE CREDIT SERVICES, LLC, and
ASSET ACCEPTANCE CAPITAL CORP.

    Consolidated Defendants.

---

## ORDER OF CONSOLIDATION

---

This matter comes before the Court *sua sponte*. Pursuant to Fed. R. Civ. P. 42(a)(2), this Court finds that Plaintiff's recently-filed Civil Action 12-cv-00129-WJM-MJW, Demaestri v. Asset Acceptance Corp., involves common questions of law or fact, including common parties and common claims, with a consolidated case before this Court, Consolidated Civil Action No. 12-cv-00015-WJM-MJW. Further, this Court finds that consolidation of this case with Civil Action No. 12-cv-00015-WJM-MJW will avoid unnecessary costs and delays, and will promote judicial efficiency.

It is therefore ORDERED that Civil Action No. 12-cv-00129-WJM-MJW shall be consolidated with Consolidated Civil Action No. 12-cv-00015-WJM-MJW for all purposes, and future filings in this action **shall contain the caption as set forth above and shall be docketed under Civil Action No. 12-cv-0015-WJM-MJW.**

It is FURTHER ORDERED that Magistrate Judge Michael J. Watanabe will remain as the sole referral Magistrate Judge in the consolidated action. Magistrate Judge Watanabe will remain designated to conduct ALLMTN proceedings pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b).

It is FURTHER ORDERED that unless service has otherwise been completed or arranged, Plaintiff is DIRECTED to effect service of the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure not later than 30 days from the date of this Order, in order for the initial scheduling conference to be held promptly.

Dated this 8th day of February, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge